[No. 7538–9–III. Division Three. July 9, 1987.]

KAREN E. CHAMBERS, *Appellant,* v. THE STATE
OF WASHINGTON, ET AL, *Respondents.*

DENNIS MUNOZ, ET AL, *Appellants,* v. THE STATE
OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, Nos. 85–2–00008–0, 85–2–00173–6, Bruce P. Hanson, J., entered November 22, 1985. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 7936–8–III. Division Three. July 9, 1987.]

RONALD R. HOLTER, ET AL, *Appellants,* v. ROBERT
L. MCKINNEY, *Respondent.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 14587, F. James Gavin, J., entered May 22, 1986. *Reversed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 9964–1–II. Division Two. July 9, 1987.]

MARSHALL H. ARMOR, JR., ET AL, *Respondents,* v.
MARILYN S. CUMMINGS, *Appellant,* RICHARD
WALTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–03437–1, Thomas R. Sauriol, J., entered May 30, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.